UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

JS 6

| | | | |
|---|---|---|---|
| Case No. | EDCV 11-559 DSF (DTBx) | Date | 4/15/11 |
| Title | MPZ Investments Group v. Pablo Cueva | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (In Chambers) Order REMANDING Case to Superior Court of California, County of San Bernardino

    This matter was removed from state court on April 8, 2011, based on federal question and diversity jurisdiction. Defendant has not established jurisdiction under either of these theories. No complaint was attached to the notice of removal, so the Court cannot assess whether the complaint states a federal claim or gives rise to diversity jurisdiction. The summons attached to the notice of removal indicates that this is an unlawful detainer action, which makes federal subject matter jurisdiction highly unlikely. Further, a notice to vacate is attached to the notice of removal, which indicates that a writ of execution for possession of real property has been issued by the state court. This strongly suggests that the underlying state case has already proceeded to judgment.

    The case is REMANDED to the Superior Court of California, County of San Bernardino.

    IT IS SO ORDERED.